FILED

JUL 24 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT D. BASSETT, | No. 15-35045 |
| Plaintiff-Appellant, | D.C. No. 1:13-cv-00091-SEH<br>District of Montana, Billings |
| v. | |
| PAUL LAMANTIA and CITY OF BILLINGS, | ORDER |
| Defendants-Appellees. | |

Before: McKEOWN and W. FLETCHER, Circuit Judges, and BLOCK,[*] District Judge.

Pursuant to the stipulations by the parties, filed July 19, 2018 (Dkt. 58), this appeal is **DISMISSED** with prejudice, and each party shall bear its own costs and fees. A copy of this order served on the district court shall act as and for the mandate of this court.

---

[*] The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.